**Order entered October 4, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00476-CV

**LYNDA BLISS, Appellant**

**V.**

**BANK OF AMERICA N.A., ET AL., Appellees**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04804-2016**

## ORDER

Before the Court is appellees' October 3, 2018 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **October 19, 2018**.

/s/ ADA BROWN
JUSTICE